HOLLAND LAUNDRY, Appellant, *v.* TRAVELERS INSURANCE COMPANY, Respondent.

*Holland Laundry* v. *Travelers Ins. Co.*, 166 App. Div. 621, affirmed. (Argued October 19, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 15, 1915, affirming a judgment in favor of defendant entered upon a verdict directed by the court. The action is to recover a sum of money claimed to be due under a policy of liability insurance as indem-

nity for loss sustained because of liability for an injury to an employee. The policy contained the following provision. " This agreement shall not apply * * * to any such injuries caused or sustained by any person employed by the assured in violation of law as to age or under the age of fourteen years if there is no legal age limit, or by any contract convict laborer." On the 25th day of March, 1910, an employee of the policy-holder, the plaintiff herein, named Henrietta Della Valle, accidentally sustained bodily injuries, to recover damages for which an action was brought, and a recovery was had upon the sole ground that the said employee was under the age of sixteen years and illegally employed by this plaintiff. Judgments were thereupon entered against this plaintiff amounting to the sum of $5,704.99, which were paid by the plaintiff, who sued to recover such amount from this defendant, asserting that the loss so sustained was covered by the aforesaid policy of insurance.

*Frederick W. Sparks* for appellant.

*Frank Verner Johnson* and *William J. Moran* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, CRANE and ANDREWS, JJ. Dissenting: POUND, J.